

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:  In re Linda Lamb, Relator

Appellate case number:  01-16-00962-CV

Trial court case number:  2015-33734

Trial court:      215th Judicial District Court of Harris County

On December 8, 2016, relator, Linda Lamb, filed a petition for a writ of mandamus seeking to vacate the respondent trial court's June 24, 2016 order granting the motion for a physical examination of the relator. With the petition, relator filed a sworn record. *See* TEX. R. APP. P. 52.7(a)(1).

The Court requests a response to the petition for writ of mandamus by the real parties in interest, Reginald Ellis and C.A.R. Transport, Inc. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 38.6(b), 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
      ☒ Acting individually  ☐ Acting for the Court

Date: December 13, 2016